IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LIMBAUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:93cv1404-A |
| ) | |
| LESLIE THOMPSON, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| NATIVE AMERICAN PRISONERS OF ) | |
| ALABAMA - TURTLE WIND CLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:96cv554-A |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #396), filed on September 6, 2005, in which the Magistrate Judge recommended that the Motion for Further Relief (Doc. #388), filed by the Plaintiff Franklin Irvin, a member of the Plaintiff class, be denied[1], the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff Irvin's Motion for Further Relief is DENIED.

---

[1] In footnote 1 to Plaintiffs' Objection to the Recommendation of the Magistrate Judge on the Sweat Lodge Issue (Doc. #397), counsel for Plaintiff Irvin advises the court that Plaintiff Irvin has decided not to object to the Recommendation here under consideration.

DONE this 21st day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE