IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LIMBAUGH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:93cv1404-WHA |
| | ) |
| LESLIE THOMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #427), entered on March 19, 2007, the Recommendation is adopted, and it is hereby

ORDERED that the Motion for Contempt Order and Injunction (Doc. #422), filed on January 9, 2007, is TRANSFERRED to the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. § 1404(a). The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 6th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE