IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES LIMBAUGH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:93cv1404-WHA |
| | ) | |
| LESLIE THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NATIVE AMERICAN PRISONERS OF | ) | |
| ALABAMA-TURTLE WIND CLAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 2:96cv554-WHA |
| v. | ) | |
| | ) | |
| STATE OF ALABAMA DEPT. OF | ) | |
| CORRECTIONS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on a Motion to Intervene (Doc. # 432) and a Motion for an Emergency Restraining Order (Doc. #433) filed by Malcolm S. Driskill, Jr. on October 4, 2007.

This case was closed and Final Judgment entered by the court on September 13, 2006 (Doc. #403). Therefore, the Motion to Intervene is due to be DENIED. In addition, the Motion for an Emergency Restraining Order involves the state prison located in Bibb County, which is outside of this district. Accordingly, it is hereby

ORDERED as follows:

1. The Motion to Intervene (Doc. #433) is DENIED.

2.  The Clerk is DIRECTED to set up a separate lawsuit and file for the Motion for Emergency Restraining Order (Doc. #433), which will then be transferred to the appropriate district by separate Order of this court.

Done this 5th day of October, 2007.

                                /s/ W. Harold Albritton
                                W. HAROLD ALBRITTON
                                SENIOR UNITED STATES DISTRICT JUDGE