IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LIMBAUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:93cv1404-WHA |
| ) | (WO) |
| LESLIE THOMPSON, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NATIVE AMERICAN PRISONERS ) | |
| OF ALABAMA - TURTLE WIND ) | |
| CLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:96cv554-WHA |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. | |

**ORDER**

Now pending before the court is the plaintiffs' motion for an extension of time to file objections (doc. # 533). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED to the extent that the time for filing objections to the Recommendation of the Magistrate Judge be and is hereby EXTENDED from August 24, 2011 until October 24, 2011.

Done this 18th day of August, 2011.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE