IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LIMBAUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:93cv1404-WHA |
| ) | (WO) |
| LESLIE THOMPSON, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NATIVE AMERICAN PRISONERS ) | |
| OF ALABAMA - TURTLE WIND ) | |
| CLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:96cv554-WHA |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. | |

**ORDER**

Now pending before the court is the defendants' motion for an extension of time to respond to the file objections. *See* Doc. # 540.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED to the extent that the time for a response to the plaintiffs' objections to the Recommendation of the Magistrate Judge be and is hereby EXTENDED from January 27, 2012 until February 13, 2012.

Done this 20th day of January 2012.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE