IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY KNIGHT, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LESLIE THOMPSON, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:93cv1404-WHA<br>(WO) |
| NATIVE AMERICAN PRISONERS )<br>OF ALABAMA - TURTLE WIND CLAN, )<br>et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF CORRECTIONS, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:96cv554-WHA |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiffs, and this action is DISMISSED with prejudice.

DONE this 8th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE